UNITED STATES of America,
Plaintiff—Appellee,

v.

Walter Jacob DAVIS, a/k/a Marcus
Swanson, Defendant—
Appellant.

No. 05–6127.

United States Court of Appeals,
Fourth Circuit.

Submitted May 19, 2005.

Decided May 25, 2005.

Walter Jacob Davis, Appellant pro se.
Christine Witcover Dean, Assistant United
States Attorney, Raleigh, North Carolina,
for Appellee.

Before LUTTIG, MOTZ, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Walter Jacob Davis appeals the district
court's order denying his motion to recon-
sider prior orders denying relief on his 28
U.S.C. § 2255 (2000) motion. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. · See
*United States v. Davis*, No. CA–94–73–5–
1–F (E.D.N.C. filed Oct. 20, 2004 & en-
tered Oct. 21, 2004; filed Nov. 24, 2004 &
entered Dec. 9, 2004). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*